**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 21 MM 2019
:
Respondent :
:
:
:
v. :
:
:
:
SAMUEL REYES, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 8th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within 5 days.